## Rowe, Appellant, *v.* Coopey et al.

Argued May 8, 1940. Before SCHAFFER, C. J., DREW, LINN, STERN, BARNES and PATTERSON, JJ.

*Edward Darling,* with him *Ben R. Jones, Jr.,* of *Bedford, Waller, Jones & Darling,* for appellant.

*Andrew Hourigan, Vincent Quinn* and *Leo W. White,* for appellees, were not heard.

PER CURIAM, June 24, 1940:

Plaintiff, engaged in selling ice at retail from his truck, headed westward but parked between intersections on the north side of a street 18 feet between curbs, was struck as he was stepping from behind his truck across the street. Defendant's car was proceeding eastward. The learned trial judge entered a nonsuit which the court subsequently refused to take off in an opinion sufficiently disposing of the suit.

Judgment affirmed.